UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:04CV350SNL |
| | ) |
| ONE 2004 HYUNDAI SANTA FE | ) |
| VIN KM8SC13E04U575450 WITH | ) |
| ALL APPURTENANCES AND | ) |
| ATACHMENTS THEREON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is hereby dismissed pursuant to the motion request.

Dated this 13th day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE